Communication from Edward Faria/Consumer 15 USC §1692a (3)
At The United States District Court
For The Middle District of Tennessee

| | |
|---|---|
| EDWARD GEORGE FARIA | ) |
| | ) |
| Consumer/Administrator-Appellant, | ) |
| | ) Case No. 3:17-cv-01383 |
| v. | ) Judge Waverly D. Crenshaw, Jr. |
| | ) |
| HENRY E. HILDEBRAND, III.; | ) |
| | ) |
| | ) |
| Respondent-Appellee. | ) |
| | ) |

**FILED JUN 25 2018 U.S. DISTRICT COURT MIDDLE DISTRICT OF TN. DB**

## CONSUMER/ADMINISTRATOR-APPELLANT'S NOTICE FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 11

**COMES NOW** EDWARD GEORGE FARIA, (hereinafter "Consumer/Administrator-Appellant") and enters this CONSUMER/ADMINISTRATOR-APPELLANT'S NOTICE FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 11 into Case No. 3:17-cv-01383. Consumer/Administrator asks that the court take Judicial Notice of the enunciation of principles as stated in *Haines v. Kerner*, 404 U.S. 519, wherein the court have recognized Pro per litigants should not to be held to the same standards as licensed attorneys. Consumer/Administrator is a Consumer pursuant to 15 USC §1692a (3) and 15 USC §1692c (d). Consumer/Administrator states the following:

### STATEMENT OF FACTS

1. On or about October 17, 2017 a "Notice of Appeal and Statement of Election" was filed into The United States Bankruptcy Court Middle District of Tennessee, Case No. 17-04384.

2. On or about March 23, 2018, Consumer/Administrator-Appellant received

correspondence from Rubin Lublin TN, PLLC (hereinafter "Debt Collector") that a foreclosure sale was set for May 3, 2018 at 10:00 AM CST.

3. Consumer/Administrator-Appellant was under the impression that this was an oversight on behalf of the Debt Collector as Case No. 17-04384 was still open.

4. On or about May 2, 2018 Consumer/Administrator-Appellant was forced to file another Chapter 13 bankruptcy.

5. On or about May 3, 2018 at 7:10 AM Consumer/Administrator-Appellant faxed a notice of bankruptcy filing to Rubin Lublin TN, PLLC.

6. At approximately 8:00 AM on May 3, 2018 Consumer/Administrator-Appellant called Rubin Lublin TN, PLLC to inquire if the foreclosure sale was still set.

7. Consumer/Administrator-Appellant spoke to a lady to whom Consumer/Administrator-Appellant indicated that a Chapter 13 was filed.

8. She indicated that she did not know anything about a Bankruptcy being filed and that if the property is still on the website that the sale was still set.

9. At approximately 8:21 AM on May 3, 2018 Consumer/Administrator-Appellant again faxed a notice of bankruptcy filing to Rubin Lublin TN, PLLC.

10. At approximately 9:50 AM on May 3, 2018 Consumer/Administrator-Appellant arrived at the court house steps where the sale was to take place.

11. Around 9:55 AM Consumer/Administrator-Appellant spoke briefly to a gentleman named Paul Moore (hereinafter "Paul") who was conducting the sale.

12. Paul asked Consumer/Administrator-Appellant if he was buying or trying to buy.

13. Consumer/Administrator-Appellant told Paul that he was here for 5145 West Oak Highland Drive and that a Chapter 13 Bankruptcy was filed.

14. Paul asked if he could see the paperwork and took a picture of the filing to send to the gentleman he works for.

15. Paul texted his boss to let him know asap if the sale needs to be cancelled.

16. A few moments later Paul received a text cancelling the sale of 5145 West Oak Highland Drive.

17. This was all conducted while the property was still in stay and Case No. 17-04384 was in Appeals.

18. On or about May 15, 2018 Consumer/Administrator-Appellant sent to Debt Collector, its agents and/or assigns, a "Notice for Sanctions", granting them **twenty one (21) days** to respond.

19. Debt Collector, its agents and/or assigns have failed to do so, causing Consumer/Administrator-Appellant undue stress and duress.

## CONCLUSION

**WHEREFORE,** for the above foregoing reasons, Consumer/Administrator-Appellant **MOVES** this court to **SANCTION** Bret J. Chaness, Natalie Brown, and/or its agents and assigns and award any other relief it deems appropriate. Consumer/Administrator-Appellant concurrently submits a Memorandum of Law Supporting Consumer/Administrator-Appellant's Notice for Sanctions Pursuant to Fed. R. Civ. P. 11 and Declaration of faria, edward george Supporting Consumer/Administrator-Appellant's Notice for Sanctions Pursuant to Fed. R. Civ. P. 11.

Dated this 25th day of June, 2018.

*faria, edward george*
faria, edward george, *Consumer/Administrator-Appellant*

Communication from Edward Faria/Consumer 15 USC §1692a (3)
At The United States District Court
For The Middle District of Tennessee

**FILED**
JUN 2 5 2018
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN.

| | |
|---|---|
| EDWARD GEORGE FARIA ) | |
| ) | |
| Consumer/Administrator-Appellant, ) | |
| ) | Case No. 3:17-cv-01383 |
| v. ) | Judge Waverly D. Crenshaw, Jr. |
| ) | |
| HENRY E. HILDEBRAND, III.; ) | |
| ) | |
| ) | |
| Respondent-Appellee. ) | |
| ) | |

## CONSUMER/ADMINISTRATOR-APPELLANT'S NOTICE OF FILING

**COMES NOW** EDWARD FARIA, (hereinafter "Consumer/Administrator-Appellant") and enters this "CONSUMER/ADMINISTRATOR-APPELLANT'S NOTICE OF FILING" into Case No. 3:17-cv-01383. For the record, the following document has been filed into Case No. 3:17-cv-01383:

- Consumer/Administrator-Appellant's Notice for Sanctions Pursuant to Fed. R. Civ. P. 11;
- Memorandum of Law Supporting Consumer/Administrator-Appellant's Notice for Sanctions Pursuant to Fed. R. Civ. P. 11;
- Declaration of faria, edward george Supporting Consumer/Administrator-Appellant's Notice for Sanctions Pursuant to Fed. R. Civ. P. 11.

Dated this 25th day of June, 2018.

From Consumer/Administrator-Appellant,
"With All Liberties and Rights Reserved"

*faria, edward george*

faria, edward george, *Consumer/Administrator-Appellant*
2479 Murfreesboro Road, #507
Nashville, Tennessee 37217
615-582-2440