# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| EDWARD GEORGE FARIA, | ) |
| Appellant, | ) |
| v. | ) NO. 3:17-cv-01383 |
| | ) CHIEF JUDGE CRENSHAW |
| HENRY E. HILDEBRAND, III, | ) |
| Appellee. | ) |

## ORDER

For good cause shown Debtor-Appellant Edward George Faria's Motion to Appeal in Forma Pauperis (Doc. No. 20) is **GRANTED**.

The Clerk is **DIRECTED** to ensure that the Sixth Circuit Court of Appeals receives notice of this Order.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE